**92–1400.** In re Seltzer. *Franklin County*, No. 91AP–677.
H. Brown, J., dissents.

**92–1479.** Tri–County Distributing, Inc. v. Canandaigua Wine Co. *Mahoning County*, No. 92CA0037.
Resnick, J., dissents.
Moyer, C.J., not participating.

**92–1503.** Geauga Cty. Bd. of Commrs. v. Munn Road Sand & Gravel. *Geauga County*, No. 91–G–1650.
Sweeney, H. Brown and Resnick, JJ., dissent.

**92–1523.** Kelm v. Kelm. *Franklin County*, No. 91AP–1406.
Sweeney, Douglas and Resnick, JJ., dissent.

**92–1598.** Rock v. Cabral. *Medina County*, No. 2064.
Moyer, C.J., and Wright, J., dissent.

## JURISDICTIONAL MOTIONS OVERRULED

**92–569.** State v. Hollis. *Cuyahoga County*, No. 59856.

**92–1092.** Horvath v. Natl. Machinery Co., Inc. *Cuyahoga County*, No. 61378.

**92–1157.** Peake v. Dieter. *Trumbull County*, No. 91–T–4535.
Douglas, J., dissents.

**92–1182.** Lewis v. Portage Surgical Assoc. *Cuyahoga County*, No. 59881.
Wright, J., dissents.

**92–1327.** Bank One, Columbus, N.A. v. O'Brien. *Franklin County*, Nos. 91AP–820 and 91AP–882. On motion to certify the record, motion to supplement memorandum, and motion to file memorandum in support instanter. Motions denied.
Sweeney, J., dissents.
H. Brown, J., not participating.

**92–1356.** Browning v. Navistar Internatl. Transp. Corp. *Franklin County*, No. 91AP–1286.

**92–1371.** Lusk v. Imperial Cas. & Indemn. Co. *Franklin County*, Nos. 91AP–1130 and 91AP–1142.

**92–1416.** Med. Planning Serv., Inc. v. Tri–Cty. Christian Community of Greater Akron. *Summit County*, No. 15337.
Wright, J., dissents.

**92–1439.** McCartney v. Oblates of St. Francis De Sales. *Lucas County*, No. L–91–007. On motion and cross-motion to certify the record. Motions overruled.
Resnick, J., not participating.

**92–1450.** King v. Joern. *Hocking County*, No. 91CA03.

**92–1456.** Geppert v. Keys. *Hamilton County*, No. C–910489.
Moyer, C.J., Holmes and Wright, JJ., dissent.

**92–1465.** State v. Babers. *Seneca County*, No. 13–91–55.
Sweeney and Wright, JJ., dissent.

**92–1476.** Wells v. Kucharski. *Cuyahoga County*, No. 60383.
H. Brown, J., dissents.

**92–1485.** Moore v. Westfield Cos. *Erie County*, No. E–91–11.

**92–1487.** Hall v. Marion Power Shovel, Inc. *Marion County*, No. 9–92–2.
Sweeney, Douglas and Resnick, JJ., dissent.